UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

AISHIA PETERSEN,

    Plaintiff,

v.                                                                                    Case No. 1:22-cv-22871-JEM

AESOP USA, INC.,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff Aishia Petersen and Defendant AESOP USA, INC., hereby notify the Court that the parties have reached an agreement in principle to settle their disputes and are in the process of drafting a written Settlement Agreement.

Dated this the 16th day of November, 2022.

| | |
|---|---|
| /s/Acacia Barros<br>Acacia Barros, Esq., Fla. Bar No. 106277<br>ACACIA BARROS, P..A.<br>11120 N. Kendall Drive, Suite 201<br>Miami, FL 33176<br>ab@barroslawfirm.com<br>Telephone:  (305) 639-8381<br>Attorney for Plaintiff | /s/David P. Steffen<br>David P. Steffen, Esq., Fla. Bar No. 0154717<br>Primary Email:  dsteffen@constangy.com<br>Secondary Email:  tampa@constangy.com<br>CONSTANGY, BROOKS, SMITH & PROPHETE, LLP<br>100 North Tampa Street, Suite 3350<br>Post Office Box 1840<br>Tampa, Florida 33601-1840<br>(813) 223-7166 / Fax: (813) 223-2515<br>Attorney for Defendant |

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 16th day of November, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

            /s/David P. Steffen
            Attorney for Defendant

### SERVICE LIST
### AISHIA PETERSEN v. AESOP USA, INC.
### Case No. 1:22-cv-22871-JEM

Acacia Barros, Esq., Fla. Bar No. 106277
ACACIA BARROS, P..A.
11120 N. Kendall Drive, Suite 201
Miami, FL 33176
ab@barroslawfirm.com
Telephone:  (305) 639-8381
Served via CM/ECF

2

8709561v1