UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

AISHIA PETERSEN,

    Plaintiff,

v.                                                          Case No. 1:22-cv-22871-JEM

AESOP USA, INC.,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff AISHIA PETERSEN and Defendant AESOP USA, INC., (collectively, the "Parties"), by and through their undersigned counsel, say that the litigation has been resolved and hereby jointly move and stipulate to the dismissal with prejudice of the above-styled cause. The parties agrees that each party will bear its own fees and costs.

DATED this 16th day of December, 2022.

| | |
|---|---|
| /s/Acacia Barros | /s/David P. Steffen |
| Acacia Barros, Esq., Fla. Bar No. 106277 | David P. Steffen, Esq., Fla. Bar No. 0154717 |
| ACACIA BARROS, P. A. | Primary Email: dsteffen@constangy.com |
| 11120 N. Kendall Drive, Suite 201 | Secondary Email: tampa@constangy.com |
| Miami, FL 33176 | CONSTANGY, BROOKS, SMITH & |
| ab@barroslawfirm.com | PROPHETE, LLP |
| Telephone: (305) 639-8381 | 100 North Tampa Street, Suite 3350 |
| | Post Office Box 1840 |
| *Attorney for Plaintiff* | Tampa, Florida 33601-1840 |
| | (813) 223-7166 / Fax: (813) 223-2515 |
| | |
| | *Attorney for Defendant* |

8756091v1