UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: **22-22871-CIV-MARTINEZ-BECERRA**

AISHIA PETERSEN,

    Plaintiff,

v.

ROBERT HALF INTERNATIONAL, INC.,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

    **THIS MATTER** is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. (ECF No. 12). Accordingly, it is hereby

    **ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**. Each party shall bear their own attorney's fees and costs.

    **DONE AND ORDERED** in Miami, Florida, this 16 day of December, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record